1  KAREN P. HEWITT
   United States Attorney
2  CAROL M. LEE
   Assistant U.S. Attorney
3  California Bar No. 219246
   Federal Office Building
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  Telephone: (619) 557-6235
   Facsimile: (619) 557-5004
6  Email: carol.lee@usdoj.gov

7  Attorneys for Petitioner
   United States of America

8
                  UNITED STATES DISTRICT COURT
9
                 SOUTHERN DISTRICT OF CALIFORNIA
10
   UNITED STATES OF AMERICA,      )   Civil No.  '08 CV 0963 IEG CAB
11                                 )
                    Petitioner,    )   DECLARATION OF REVENUE OFFICER
12                                 )   S. SILVERMAN
          v.                       )
13                                 )
   DAVID REYES, JR.,               )
14                                 )
                    Respondent.    )
15  _____ )

16       I, S. Silverman, a Revenue Officer herein, declare:

17       1.   At all times mentioned herein, I was a duly commissioned

18  Revenue  Officer  employed  in  the  California  Area,  Long  Beach

19  Territory 1, Group 15, of the Small Business/Self-Employed Division

20  of the Internal Revenue Service ("IRS") with a post of duty at San

21  Diego, California.

22       2.   In my capacity as a Revenue Officer, I am conducting an

23  investigation of David Reyes, Jr. ("Respondent"), to obtain records

24  to determine his income tax liability for the tax years 1995, 1996,

25  1998, and 2005.

26       3.   In furtherance of the investigation and in accordance with

27  26 U.S.C. § 7602, on June 27, 2007, I issued an administrative

28  summons, IRS Form 2039, to the Respondent, regarding collection of his

assessed income tax liability for the tax years 1999 to 2005, and calling him to appear before the IRS to give testimony and to produce for examination the documents and records described in the summons. This summons is to determine Respondent's ability to pay.  A copy of the summons is attached to this Declaration as Exhibit A.  As detailed in this affidavit, Respondent substantially complied with this summons and I am not seeking enforcement of it.

    4.    However, on the same day, June 27, 2007, I also issued an administrative summons, IRS Form 6638, to the Respondent, regarding income tax return information for the unfiled tax years of 1995, 1996, 1998, and 2005.  This summons seeks Respondent's income tax records to allow IRS to prepare Respondent's income tax returns and determine his income tax liability for those years.  A copy of the summons is attached to this Declaration as Exhibit B.  This is the summons that Respondent has not complied with and the one I seek to enforce with an Order to Show Cause from this Court.

    4.    On June 29, 2007, in accordance with 26 U.S.C. § 7603, I served an attested duplicate original copy of both IRS summonses on Respondent, by handing them to the Respondent.  A copy of the Certificate of Service of Summons for both are attached to this Declaration as Exhibit C.

    5.  The summonses called for the Respondent to appear before me on July 17, 2007.  On July 17, 2007, Respondent failed to appear. However, on this date, I received a telephone call from Steven Mopsick who said that he was Respondent's attorney and that he was in the process of gathering the necessary documents to prepare the tax

returns and requested additional time till July 20, 2007, to which I agreed.

6.    On July 20, 2007, neither Respondent nor his attorney Steven Mopsick appeared before or contacted me.  On July 25, 2007, I received some documents in partial compliance with the summonses from Mr. Mopsick via facsimile.  The documents I received were: a draft copy of a profit-loss statement for Reyes' Consulting, one of Respondent's businesses; business bank statements for Julie Williams and Reyes Consulting; and pay stubs for the Respondent.  However, this was insufficient information and not in full compliance with the summonses.

7.    On October 12, 2007, I met with the Respondent at my office who appeared in response to a "last chance" letter from the IRS Counsel's Office.  From August through November 2007, I levied his business, Estate Preservation, and Respondent made payments during this time period. During our October 12, 2007, meeting, Respondent said he needed an extension and provided a letter from "Powell and Associates" which said they were preparing Respondent's tax returns. He also had a draft copy of his 2005 tax return which he refused to turn over.  I still needed his personal bank statements, and expense verification for housing.  By the end of October, Respondent did comply with the financial statement request (IRS Form 2039).

9.    However, Respondent still needed to comply with providing all his income tax return information (IRS Form 6638).  I told him if the summons was not complied with in two weeks, I would refer his case for enforcement.

10.  On October 16, 2007, I spoke to Mr. Mopsick and granted an extension until October 31, 2007, for Respondent to provide the balance of the financial information and I granted until November 29, 2007, to have all the income tax information submitted.

11.  Shortly thereafter, due to the San Diego wildfires, all summons enforcement by the IRS was placed on hold until January 2008. On December 6, 2007, I spoke to Mr. Mopsick, and gave him until January 2, 2008, to file all the returns and provide updated information.  On January 7, 2008, I spoke to Mr. Mopsick, who said due to Respondent's inability to pay him, he was only acting as Respondent's power of attorney.

12.  On February 11, 2008, I spoke to Respondent's live-in girlfriend or fiance, Julie Williams, who said that her business, Estate Preservation, was no longer operating and that Respondent had his own business, Reyes Consulting.  I have had no further contact with Respondent or anyone acting on behalf of Respondent.

13.  The testimony, books, papers, records, and other data sought by the summons are not in the possession of the Internal Revenue Service with the exception of the bank statements called for in the summons.  The bank statements were obtained from third-party record keepers.

14.  All administrative steps required by the Internal Revenue Code for the issuance of the summons have been taken.

15.  It is necessary to obtain the testimony and to examine the books, papers, records, and other data sought by the Collection Summons, Exhibit A, in order to determine the collectibility of the Respondent's income tax liabilities for the tax years 1999 to 2004.

16.   There is no Department of Justice referral in effect with respect to Respondent.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this 20th   day of May, 2008.

S. SILVERMAN
Revenue Officer
Internal Revenue Service

5



# Summons

In the matter of  **David Reyes Jr, 13500 Ginger Glen Road, San Diego, CA  92130**

Internal Revenue Service (Division):  **Small Business/Self Employed**

Industry/Area (name or number):  **Small Business/Self Employed - California Area**

Periods:  **Form 1040, U.S. Individual Income Tax Return for the calendar years ending December 31,1999, December 31,2000, December 31,2001, December 31,2002, December 31,2003, December 31,2004**

## The Commissioner of Internal Revenue

To:  **David Reyes Jr**

At:  **13500 Ginger Glen Road San Diego, Ca 92130**

You are hereby summoned and required to appear before S. Silverman, an officer of the Internal Revenue Service, and/or his or her designee, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

All documents in your possession or control reflecting the above named taxpayer, regarding income and expenses, including bank statements for the period beginning September 1, 2006 and ending February 8, 2007 and for the period beginning May 12, 2007 and ending June 12, 2007, pay stubs for all income sources for the period beginning January 1, 2007 and ending June 29, 2007, all businesses in which you have an ownership interest including Reyes Consulting Inc. and Estate Preservation Solutions Inc including profit and loss statement for the period ending December 31, 2006 and for the period beginning January 1, 2007 and ending May 31, 2007 , Employer Identification Number, Articles of Incorporation, and verification of expenses for housing, child care, transportation, other secured debt as listed on Form 433-A dated 5-15-2007.

## Attestation

I hereby certify that I have examined and compared this copy of the summons with the original and that it is a true and correct copy of the original.

_S. Silverman_ _____      **Revenue Officer, 33-07950**
Signature of IRS Official Serving the Summons        Title

**Business address and telephone number of IRS officer before whom you are to appear:**

 880 Front Street Room 3293, San Diego, Ca 92101   619-615-9538

**Place and time for appearance at:**   880 Front Street Room 3293, San Diego, Ca 92101

**IRS**

Department of the Treasury
Internal Revenue Service
www.irs.gov

Form 2039(Rev. 10-2006)
Catalog Number 21405J

on the  17th  day of  July  ,  2007  at  9:00  o'clock  A  m.

issued under authority of the Internal Revenue Code this  29th  day of  June  ,  2007

_S. Silverman_ _____      **Revenue Officer**
Signature of Issuing Officer              Title

_____      _____
Signature of Approving Officer *(if applicable)*        Title

**Part A – to be given to person summoned**



# Summons

## Income Tax Return

**In the matter of** David Reyes Jr 13500 Ginger Glen Road San Diego, Ca 92130
**Internal Revenue Service** *(Identify Division)* Small Business/Self Employed
**Industry/Area** *(Identify by number or name)* Small Business/Self Employed - California Area
**Periods:** Form 1040,U.S. Individual Income Tax Return for the years ending December 31,1995, December 31,1996, December 31,1998, December 31,2005

**The Commissioner of Internal Revenue**

**To:** David Reyes Jr
**At:** 13500 Ginger Glen Road San Diego, Ca 92130

You are hereby summoned and required to appear before S. Silverman, an Internal Revenue Service *(IRS)* officer, and/or his or her designee, to give testimony and to bring for examination the following information related to the tax liability of the person identified above for the periods shown:

All documents and records you possess or control about income you received for the years: Form 1040,U.S. Individual Income Tax Return for the years endiing December 31,1995, December 31,1996, December 31,1998, December 31,2005

These records and documents include, but are not limited to: Forms W-2 *(Wage and Tax Statement)*, Forms 1099 for interest and dividend income, employee earnings statements, and records of deposit with banks or other financial institutions.

Also include all other books, records, documents and receipts for income from, but not limited to, the following sources: wages, salaries, tips, fees, commissions, interest, rents, royalties, alimony, state or local tax refunds, annuities, life insurance policies, endowment contracts, pensions, estates, trusts, discharge of indebtedness, distributive shares of partnership income, business income, gains from dealings in property, and any other compensation for services *(including receipt of property other than money)*. Include all documents and records about any income you assigned to any other Person or entity.

IRS will use this information to prepare a federal income tax return for the following year(s) when you didn't file a return: 1995, 1996, 1998, 2005

We have attached a blank return to guide you in producing the necessary documents and records.

### Do not write in this space

#### Attestation

**I hereby certify that I have examined and compared this copy of the summons with the original and that it is a true and correct copy of the original.**

_S. Silverman_
Signature of IRS Official Serving the Summons

**Revenue Officer, 33-07950**
Title

**Business address and telephone number of IRS officer before whom you are to appear:**

880 Front Street Room 3293, San Diego, Ca 92101  619-615-9538

**Place and time for appearance: At** 880 Front Street Room 3293, San Diego, Ca 92101

## IRS

Department of the Treasury
Internal Revenue Service
**www.irs.gov**

Form 6638 (Rev.10-2006)
Catalog Number 61828W

on the **17th** day of **July**, **2007** at **9:00** o'clock **A** m.

**Issued under authority of the Internal Revenue Code this** 2⁹ᵗʰ day of July, 200?

_S. Silverman_
Signature of Issuing Officer

**Revenue Officer**
Title

Signature of Approving Officer *(if applicable)*

Title

**Part A -- to be given to person summoned**