1  KAREN P. HEWITT
   United States Attorney
2  CAROL M. LEE
   California State Bar No. 219246
3  Office of the U.S. Attorney
   Federal Office Building
4  880 Front Street, Room 6293
   San Diego, CA 92101-8893
5  Telephone: (619) 557-6235
   Facsimile: (619) 557-5004
6  Email: carol.lee@usdoj.gov
   Attorneys for Petitioner
7

8

9              UNITED STATES DISTRICT COURT

10             SOUTHERN DISTRICT OF CALIFORNIA

11

12 UNITED STATES OF AMERICA,   )   Case No. 08cv0963 IEG (CAB)
                               )
13         Petitioner,         )
                               )
14      v.                     )   DECLARATION OF SERVICE
                               )
15 DAVID REYES, JR.,           )
                               )
16         Respondent.         )
   _____)
17

18      I, S. Silverman, an employee of the Internal Revenue Service,

19 hereby attest that on June 12, 2008 I personally, served Respondent

20 David Reyes Jr with a copy of the Amended Court's Order to

21 Show Cause Re: Enforcement of an Internal Revenue Service Summons,

22 and the government's Petition To Enforce Internal Revenue Service

23 Summons and the attached Declaration and Exhibit.

24      Service was made by handing a copy of the aforementoned documents

25 to the Respondent at

26 Japengo Restaurant-Bar, 8960 University Center Lane San Diego
              (specify where Respondent was located). Ca 92122
27

28      Dated: June 19, 2008          S. Silverman
                                      (Signature of Service Processor)

CML:TAX:DECL.IRS