KAREN P. HEWITT
United States Attorney
RAVEN M. NORRIS
Assistant U.S. Attorney
State of California Bar No. 232868
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101-8893
Telephone: (619) 557-7157
Email: Raven.Norris@usdoj.gov
Attorneys for Defendant
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                      )<br>         Petitioner,                 )<br>   v.                                )<br>                                      )<br> DAVID REYES, JR.                    )<br>                                      )<br>         Respondent.                 )<br>_____) | Case No. 08cv0963-IEG (CAB)<br><br>**NOTICE OF APPEARANCE** |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, Raven M. Norris, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case. I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4. The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive <u>all</u> Notices of Electronic Filings relating to activity in this case:

Name

 (None)

//

//

//

//

Effective this date, the following attorneys are no longer associated with this case and should not receive any further Notices of Electronic Filings relating to activity in this case (if the generic "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this association):

Name (If none, enter "None" below)

CAROL M. LEE

Please call me if you have any questions about this notice.

DATED: June 27, 2008

KAREN P. HEWITT
United States Attorney

s/ Raven M. Norris
RAVEN M. NORRIS
Assistant U.S. Attorney
Attorneys for Petitioner
United States of America

|   |   |
|---|---|
| 1 | UNITED STATES DISTRICT COURT |
| 2 | SOUTHERN DISTRICT OF CALIFORNIA |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 08cv0963-IEG (CAB) |
| | ) | |
| Petitioner, | ) | |
| v. | ) | **CERTIFICATE OF SERVICE** |
| | ) | |
| DAVID REYES, JR. | ) | |
| | ) | |
| Respondent. | ) | |

IT IS HEREBY CERTIFIED THAT:

I, Raven M. Norris, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893. I am not a party to the above-entitled action. I have caused service of:

**NOTICE OF APPEARANCE (dated 6/27/08)**

on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

N/A

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 27, 2008.

s/ Raven M. Norris
RAVEN M. NORRIS