AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

## APPEARANCE

Case Number:

**Civil No. '08 CV 0963 IEG CAB**

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

<u>David Reyes, Jr.</u>
(Defendant's Name)

I certify that I am admitted to practice in this court.

Date: August 7, 2008

s/ Betty J. Williams
Signature

Betty J. Williams
Printed Name

224793
State Bar Number

3600 American River Drive, Suite 220
Address

Sacramento                                  95864
City                                        Zip Code

(916) 488-8501
Phone Number

betty@mopsickwilliams.com
E-Mail Address

G Appointed
G Retained